1

2

3

4

5

6

7

8                                     NOT FOR CITATION

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   CHARLES R. GETSINGER,              )      No. C 11-01143 JF (PR)
                                        )
           Petitioner,                  )      ORDER OF TRANSFER
13                                      )
      vs.                               )
14                                      )
                                        )
15   HARRY HAGEMAN, et al.,             )
                                        )
16         Respondents.                 )
                                        )
17   _____)

18         Petitioner, a parolee proceeding pro se, filed a petition for a writ of habeas corpus

19   pursuant to 28 U.S.C. § 2254, challenging his sentence.  Petitioner has paid the filing fee.

20         According to the petition, Petitioner was convicted of murder and sentenced to life

21   in the State of New Jersey in January 1976.  (Pet. at 2.)  In January 1989, he was released

22   on parole and transferred to California under "interstate parole."  (Id.)  Petitioner claims

23   he was given a term of 21 years with supervision, with a discharge date of January 2010.

24   (Id.)  When he began inquiring about his discharge papers in January 2010, he was told

25   that a mistake had been made, and that his new discharge date was January 2099.  (Id.)

26   Petitioner was told that the change came from New Jersey.  (Id.)  Petitioner seeks

27   cessation of parole supervision.  (Id. at 1.)

28         Petitions challenging a conviction are preferably heard in the district of conviction.

Order of Transfer
P:\PRO-SE\SJ.JF\HC.11\01143Getsinger_transfer.wpd                1

1   See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf.

2   Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum

3   to review execution of sentence).  Although Petitioner resides in Fremont, California, he

4   is serving a sentence for a conviction out of the  State of New Jersey, which is not within

5   the habeas jurisdiction of this Court.  Furthermore, Petitioner is challenging an allegedly

6   unlawful change in his discharge date that was made by the State of New Jersey.

7   Accordingly, the Court finds that the United States District Court for New Jersey is the

8   more appropriate venue for this action.  This case is hereby TRANSFERRED to the

9   United States District Court for New Jersey.  See 28 U.S.C. §§ 110, 1404(a); Habeas L.R.

10   2254-3(b)(1).

11       The Clerk shall transfer the entire file to the United States District Court for New

12   Jersey.

13       IT IS SO ORDERED.

14   DATED:   5/5/11

15                                                                    JEREMY FOGEL
                                                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHARLES R GETSINGER III,

          Petitioner,

  v.

HARRY HAGEMAN, et al.,

          Respondents.

                                   /

Case Number: CV11-01143 JF

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    5/19/11   , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Charles R. Getsinger
41060 High Street
Suite B
Fremont, CA 94538


Dated:    5/19/11

                                    Richard W. Wieking, Clerk